# UNITED STATES DISTRICT COURT
# District of Maine

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | 2:11-CR-100-GZS-2 |
| | ) | |
| **TERRELL CAMPbell,** | ) | |
| ------------------------------------------------------- | ) | |
| | ) | |
| **UNITED STATES OF AMERICA ,** | ) | |
| | ) | |
| v. | ) | 2:11-CR-100-GZS-3 |
| | ) | |
| **ESLEY PORTEOUS,** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 6, 2011, her Recommended Decision (Docket No. 73). Defendant Terrell Campbell filed his Objection to the Recommended Decision (Docket No. 74) on December 22, 2011. Defendant Esley Porteous filed his Objection to the Recommended Decision (Docket No. 75) on December 22, 2011. The Government filed its Response to Defendants' Objections to the Recommended Decision (Docket No. 77) on January 9, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Motion to Suppress (Docket No. 40) filed by Defendant Esley Porteous is **DENIED.**

3. It is hereby **ORDERED** that the Motion to Suppress (Docket No. 42) filed by Defendant Terrell Campbell is **DENIED**.

/s/George Z. Singal
U.S. District Judge

Dated this 1st day of February, 2012.